108 P.3d 989

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 21, 2005**

| 26087 | State v. D'Agirbaud | Affirmed |

**March 31, 2005**

| 26481 | Doe, In re | Affirmed |

**April 1, 2005**

| 25583 | Doe v. Doe | Affirmed |

**April 7, 2005**

| 25850 | State v. Goldsworthy | Affirmed |
| 25111 | State v. Peabody | Affirmed |